UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLORIA ASSOCIATION OF
REALTORS, and
R.W. CALDWELL INC.,

    *Plaintiffs*,

v.                                        Civil Case No. 8:21-cv-1196

CENTERS FOR DISEASE CONTROL
AND PREVENTION, and ROCHELLE P.
WALENSKY, and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES, and
XAVIER BECERRA, and UNITED STATES
DEPARTMENT OF JUSTICE, and
MERRICK B. GARLAND,

    *Defendants*.
_____/

**NOTICE OF PENDENCY OF RELATED ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__    IS    related to pending closed civil or criminal case(s) previously filed in this Court, or in any other Federal or State court, or administrative agency as indicated below:

    *Alabama Association of Realtors v. United States Department of Health and Human Services*, No. 20-cv-3377 (DLF) (D.D.C.), *on appeal*, No. 21-5093 (D.C. Cir.).

        *See* 2021 WL 1779282 (D.D.C. May 5, 2021) (concluding that CDC eviction moratorium order

126074818

exceeded statutory authority of Public Health Service Act and setting aside eviction moratorium order); 2021 WL 1946376 (D.D.C. May 14, 2021) (staying order vacating nationwide eviction moratorium pending appeal).

*Brown v. Azar*, No. 1:20-cv-03702 (N.D. Ga.), *on appeal*, No. 20-14210 (11th Cir.).

*See* 497 F. Supp. 3d 1270 (N.D. Ga. Oct. 29, 2020) (declining to enjoin CDC eviction moratorium order at preliminary injunction stage).

*Chambless Enterprises, LLC v. Redfield*, No. 20-cv-01455 (W.D. La.), *on appeal*, No. 21:30037 (5th Cir.).

*See* 2020 WL 7588849 (W.D. La. Dec. 22, 2020) (declining to enjoin CDC eviction moratorium order at preliminary injunction stage).

*Skyworks, Ltd. v. Centers for Disease Control & Prevention*, No. 5:20-cv-2407 (N.D. Ohio), *on appeal*, 21-3443 (6th Cir.).

*See* 2021 WL 911720 (N.D. Ohio Mar. 10, 2021) (issuing declaratory judgment on merits that CDC eviction moratorium order exceeded authority under 42 U.S.C. § 264(a)).

*Tiger Lily, LLC v. United States Department of Housing & Urban Development*, No. 2:20-cv-2692 (W.D. Tenn.), *on appeal*, No. 21-5256 (6th Cir.).

*See* 2021 WL 1171887 (W.D. Tenn. Mar. 15, 2021) (concluding on motion for judgment on the pleadings that CDC eviction moratorium order exceeded statutory authority of Public Health

Service Act); 992 F.3d 518 (6th Cir. 2021) (denying emergency motion for stay pending appeal).

*Terkel v. Centers for Disease Control & Prevention*, No. 6:20-cv-564 (E.D. Tex.), *on appeal*, No. 21-40137 (5th Cir.).

*See* 2021 WL 742877 (E.D. Tex. Feb. 25, 2021) (declaring on motion for summary judgment that federal government lacks constitutional authority to issue nationwide moratorium on evictions).

_____   IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Dated:  May 25, 2021

*/s/ Matthew J. Conigliaro*
Matthew J. Conigliaro (FBN 63525)
mconigliaro@carltonfields.com
D. Matthew Allen (FBN 866326)
mallen@carltonfields.com
CARLTON FIELDS, P.A.
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Telephone:  (813) 229-4254
*Attorneys for Plaintiffs Florida Association of Realtors, Inc. and R.W. Caldwell, Inc.*

David C. Gibbs, III (FBN 992062)
dgibbs@gibbsfirm.com
GIBBS LAW FIRM, P.A.
P.O. Box 5076
Largo, FL 33779
Telephone:  (727) 362-3700
*Attorneys for Plaintiff R.W. Caldwell*

126074818